AO 441  Summons in a Civil Action



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SERVED

Karen E Purdie

|   |   |
|---|---|
| Plaintiff | Civil Action No. 21cv2015-JLS-AHG |
| V. | |
| Grant & Weber<br>Advanced Rehab Center of Tustin | |
| Defendant | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Advanced Rehab Center of Tustin
2210 E First Street
Santa Ana CA 92705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nicholas M Wajda
3111 Camino Del Rio North, Ste. 400
San Diego, CA 92103
310-997-0471

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____12/1/21_____



John Morrill
*CLERK OF COURT*

S/ _____A. Cazares_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karen E Purdie <br> *Plaintiff* <br> v. <br> **GRANT & WEBER & ADVANCED REHAB CENTER OF TUSTIN** <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:21-cv-02015-JLS-AHG |

## AFFIDAVIT OF SERVICE

I, April Newtran, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Advanced Rehab Center of Tustin in Orange County, CA on December 21, 2021 at 12:14 pm at 2210 E First St, Santa Ana, CA 92705 by leaving the following documents with Bill Arrellanes who as Executive Director is authorized by appointment or by law to receive service of process for Advanced Rehab Center of Tustin.

Summons in a Civil Action
Complaint for Damages - Demand for Jury Trial

Additional Description:
I entered the business and told the receptionist that I had legal documents to deliver. She then called Bill Arrellanes and he accepted the documents.

Hispanic or Latino Male, est. age 45, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=33.7455245411,-117.8352246205
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Orange County, CA on 12/27/2021

/s/ *April Newtran*
April Newtran - (949) 903-6605
Registration No.: 6226
Registration County: Orange County