UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN E. PURDIE,<br><br>         Plaintiff,<br><br>v.<br><br>GRANT & WEBER and ADVANCED REHAB CENTER OF TUSTIN,<br><br>         Defendants. | Case No.: 21-CV-2015 JLS (AHG)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND DISMISSING ACTION**<br><br>(ECF No. 18) |

  Presently before the Court is the Parties' Stipulation for Dismissal with Prejudice ("Joint Stip.," ECF No. 18). Good cause appearing, the Court **APPROVES** the Joint Stipulation and **DISMISSES WITH PREJUDICE** this action in its entirety. As agreed by and between the Parties, each will bear its own costs and attorneys' fees. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

  **IT IS SO ORDERED.**

Dated: June 1, 2022

              *Janis L. Sammartino*
              Hon. Janis L. Sammartino
              United States District Judge